NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARTHUR WILLIAM BRANTLEY, III,          )
                                       )
              Appellant,               )
                                       )
v.                                     )          Case No. 2D16-5371
                                       )
STATE OF FLORIDA,                      )
                                       )
              Appellee.                )
                                       )
_____)

Opinion filed February 28, 2018.

Appeal from the Circuit Court for
Sarasota County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender,
and Dan Hallenberg, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


              Affirmed.


KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.